UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA
2007 OCT 23 P 2: 36
BY DEPUTY CLERK

CLARENCE WILLIAMS (#318756)

VERSUS

RICHARD STALDER, ET AL

CIVIL ACTION

NO. 06-690-C

**RULING**

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated September 27, 2007, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's motion for summary judgment (rec.doc.18) will be denied. Further, defendant's motion for summary judgment (rec. doc. 14) will be granted, dismissing the plaintiff's claims, without prejudice, for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e, and that this action will be dismissed.

Baton Rouge, Louisiana, October 23, 2007.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA